# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

August 7, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE:* CIVIL CONFERENCES BEFORE
U.S.M.J. PAUL E. DAVISON

**ORDER**

7:17-cv-6786-PED

Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

<u>Toll-Free Number</u>: (877) 336-1839
<u>Access Code</u>: 5999739

The parties should call in from a landline and announce their names before speaking.

<u>For Settlement Conferences</u>: Clients should NOT be on the conference call.  Counsel must have ready telephonic access to clients.

**DEFENSE COUNSEL IS DIRECTED TO HAVE THE PRO SE PLAINTIFF ON THE LINE PRIOR TO ACCESSING THE CONFERENCE VIA THE ABOVE INSTRUCTIONS.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Aug 7, 2020**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

8/7/20

<u>Copies mailed to pro se plaintiff by Chambers</u>