**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
CARLOS JESSAMY,

                         Plaintiff,                          17 **CIVIL** 6786 (PED)

       -against-                                    **JUDGMENT**

JASON FROATZ, TOWN OF GREENBURGII,
OFFICER JAKASAL, Shield No. 0067 and TJX
COMPANIES, INC.,

                          Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 8, 2021, plaintiff's motion for summary judgment is

DENIED and defendants' motions for summary judgment are GRANTED. Judgment is entered

in favor of all defendants; accordingly, the case is closed.


**Dated:**  New York, New York
        January 8, 2021



                                **RUBY J. KRAJICK**
                        _____
                               **Clerk of Court**
   **BY:**           K. Mango
                                _____
                                **Deputy Clerk**